```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00153-HWV
Brian K. Barnhart                                                   Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: JGoodling            Page 1 of 1           Date Rcvd: Mar 04, 2019
                               Form ID: ntcnfhrg          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db              +Brian K. Barnhart,    11667 Gehr Road,    Waynesboro, PA 17268-9108
5150327         +Carringtron Mortgage,    PO Box 5001,    Westfield, IN 46074-5001
5150329         +One Main Financial,    2100 East Main Street,    Waynesboro, PA 17268-1885
5150331         +Shapiro & DeNardo, LLC,    Christopher DeNardo, LLC,    3600 Horizon Drive, Ste 150,
                  King of Prussia, PA 19406-4702
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5150328          E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 04 2019 19:42:20
                  Chambersburg Hospital,    c/o CMC,    PO Box 16346,    Pittsburgh, PA 15242-0346
5163310         +E-mail/PDF: cbp@onemainfinancial.com Mar 04 2019 19:50:24      OneMain,    PO Box 3251,
                  Evansville, IN 47731-3251
5150330         +E-mail/Text: bankruptcy@patriotfcu.org Mar 04 2019 19:42:12      Patriot Federal Credit Union,
                  800 Wayne Avenue,   Chambersburg, PA 17201-3810
5150332         +E-mail/Text: bknotice@ercbpo.com Mar 04 2019 19:42:10      Sprint,    c/o Enhanced Recovery,
                  PO Box 57547,   Jacksonville, FL 32241-7547
5150333         +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 04 2019 19:42:20
                  Waynesboro Hospital,    c/o CMC,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Aaron John Neuharth    on behalf of Debtor 1 Brian K. Barnhart aneuharth@neuharthlaw.com,
               smartin@neuharthlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian K. Barnhart,

**Debtor 1**

Chapter 13

Case No. 1:19-bk-00153-HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 10, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737<br>(717) 901-2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 4, 2019 |

ntcnfhrg (03/18)