IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
    **Brian Barnhart,**        )     Case No.  1-19-00153
                                      )     **Chapter 13**
    **Debtor**                 )

**REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES**

<u>Instructions:</u> Complete Part A for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 Plan and reimbursement of expenses. Complete Part B for payment of compensation and reimbursement of expenses awardee by separate Court Order. Complete Part C for all requests for payment of compensation and expenses.

| | |
|---|---|
| A. Presumptively reasonable fee under L.B.R. 2016-2(c) | $4,000.00 |
| 1. Amount Agreed to by debtor(s) (Presumptively reasonable fee plus $500 for the Second Amended Plan filed after plan confirmation) | $4,500.00 |
| 2. Less amount paid to attorney prior to filing petition | $2,000.00 |
| 3. Balance of compensation to be paid through plan distributions | $2,500.00 |
| 4. Expenses advanced to be paid through plan distributions (describe expense and amount) | $0.00 |

B. Compensation and reimbursement of expenses allowed upon application
and order under L.B.R. 2016-2(c)
1. Retainer Received                                                                 $
2. Compensation earned prepetition and paid to attorney prior to filing              $
3. Expenses reimbursed prepetition                                                   $
4. Balance in retainer after deduction of prepetition compensation and expenses      $
5. Compensation and expenses approved by the Court to be paid through Plan           $
   distributions less balance in client trust account

C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: $2,500.00

Date: January 6, 2021                       /s/ Aaron J. Neuharth_____
                                                              Aaron J. Neuharth, Esquire
                                                              Supreme Ct. No. 88625
                                                               PO Box 359
                                                               Chambersburg, PA 17201
                                                               (717)264-2939