# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Brian K Barnhart

Case No.: 1-19-00153HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Carrington |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 4700 |
| Property Address if applicable: | 11667 Gehr Rd |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7,635.64 |
| b. | Prepetition arrearages paid by the trustee: | $7,635.64 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $3,513.93 |
| f. | Postpetition arrearage paid by the trustee: | $3,513.93 |
| g. | Total b, d, and f: | $11,149.57 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: January 23, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:   Brian K Barnhart

              Case No.: 1-19-00153HWV

              Chapter 13

  **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Hannah Herman-Snyder, Esquire
183 Lincoln Way East
Chambersburg PA 17201

**Served by First Class Mail**
Carrington Mortgage Services
1600 South Douglass Rd
Anaheim CA 92806

Brian K Barnhart
11667 Gehr Rd
Waynesboro PA 17268

I certify under penalty of perjury that the foregoing is true and correct.

Date:  January 23, 2024        /s/  Liz Joyce
                 Office of the Standing Chapter 13 Trustee
                 Jack N. Zaharopoulos
                 Suite A, 8125 Adams Dr.
                 Hummelstown, PA  17036
                 Phone:  (717) 566-6097
                 email: info@pamd13trustee.com

**Case:** 19-00153  **BRIAN K. BARNHART**

**CARRINGTON MORTGAGE SERVICES**
1600 S DOUGLASS ROAD

ANAHEIM, CA  92806-

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 11667 Gehr Rd - POST-ARREA

POST ARREARS - 11667 GEHR ROAD  2ND AP

| | | Debt: | $3,513.93 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|
| Amt Sched: | $0.00 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | Paid: | $3,513.93 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5210** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/12/2024 | 9017732 | $78.29 | $0.00 | $78.29 | 01/12/2024 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/19/2023 | 9017565 | $167.10 | $0.00 | $167.10 | 12/19/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017220 | $87.92 | $0.00 | $87.92 | 10/18/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017031 | $175.82 | $0.00 | $175.82 | 09/19/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/09/2023 | 9016845 | $87.91 | $0.00 | $87.91 | 08/09/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/11/2023 | 9016664 | $87.91 | $0.00 | $87.91 | 07/11/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/16/2023 | 2024651 | $84.46 | $0.00 | $84.46 | 05/23/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023601 | $84.46 | $0.00 | $84.46 | 04/26/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022609 | $168.92 | $0.00 | $168.92 | 03/21/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/18/2023 | 2020596 | $84.46 | $0.00 | $84.46 | 01/24/2023 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/13/2022 | 2019626 | $84.46 | $0.00 | $84.46 | 12/21/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018650 | $84.46 | $0.00 | $84.46 | 12/06/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017589 | $89.10 | $0.00 | $89.10 | 10/24/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016577 | $89.09 | $0.00 | $89.09 | 09/19/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015496 | $89.09 | $0.00 | $89.09 | 08/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014467 | $82.92 | $0.00 | $82.92 | 07/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/14/2022 | 2013507 | $82.92 | $0.00 | $82.92 | 06/21/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012435 | $82.91 | $0.00 | $82.91 | 05/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/12/2022 | 2011386 | $82.92 | $0.00 | $82.92 | 04/19/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010362 | $82.91 | $0.00 | $82.91 | 03/22/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009397 | $82.92 | $0.00 | $82.92 | 02/23/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008388 | $82.92 | $0.00 | $82.92 | 01/25/2022 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 12/15/2021 | 2007371 | $82.91 | $0.00 | $82.91 | 12/22/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006343 | $82.92 | $0.00 | $82.92 | 11/23/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005298 | $85.37 | $0.00 | $85.37 | 10/19/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004303 | $85.37 | $0.00 | $85.37 | 09/21/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003243 | $85.36 | $0.00 | $85.36 | 08/24/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002217 | $85.37 | $0.00 | $85.37 | 07/20/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001240 | $175.29 | $0.00 | $175.29 | 06/22/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 05/18/2021 | 2000216 | $262.23 | $0.00 | $262.23 | 05/25/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 04/15/2021 | 1228852 | $262.23 | $0.00 | $262.23 | 04/20/2021 |
| 521-0 | CARRINGTON MORTGAGE SERVICES | | 03/17/2021 | 1227825 | $183.01 | $0.00 | $183.01 | 03/23/2021 |

Sub-totals: $3,513.93   $0.00   $3,513.93

Grand Total: $3,513.93   $0.00

# Disbursements for Claim

**Case:** 19-00153  BRIAN K. BARNHART

CARRINGTON MORTGAGE SERVICES
1600 S DOUGLASS ROAD

ANAHEIM, CA 92806-

**Acct No:** 11667 Gehr Rd - PRE-ARREAR

ARREARS - 11667 GEHR ROAD

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | |
|---|---|---|
| Amt Sched: $187,765.80 | Debt: $7,635.64 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $7,635.64 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **CARRINGTON MORTGAGE SERVICES** | | | | | | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/12/2024 | 9017732 | $170.11 | $0.00 | $170.11 | 01/12/2024 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/19/2023 | 9017565 | $363.12 | $0.00 | $363.12 | 12/19/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2023 | 9017220 | $191.02 | $0.00 | $191.02 | 10/18/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/19/2023 | 9017031 | $382.06 | $0.00 | $382.06 | 09/19/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/09/2023 | 9016845 | $191.03 | $0.00 | $191.03 | 08/09/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/11/2023 | 9016664 | $191.03 | $0.00 | $191.03 | 07/11/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/16/2023 | 2024651 | $183.53 | $0.00 | $183.53 | 05/23/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/18/2023 | 2023601 | $183.53 | $0.00 | $183.53 | 04/26/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/15/2023 | 2022609 | $367.06 | $0.00 | $367.06 | 03/21/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/18/2023 | 2020596 | $183.53 | $0.00 | $183.53 | 01/24/2023 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/13/2022 | 2019626 | $183.53 | $0.00 | $183.53 | 12/21/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2022 | 2018650 | $183.53 | $0.00 | $183.53 | 12/06/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/18/2022 | 2017589 | $193.59 | $0.00 | $193.59 | 10/24/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/13/2022 | 2016577 | $193.60 | $0.00 | $193.60 | 09/19/2022 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/17/2022 | 2015496 | $193.60 | $0.00 | $193.60 | 08/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/13/2022 | 2014467 | $180.17 | $0.00 | $180.17 | 07/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/14/2022 | 2013507 | $180.17 | $0.00 | $180.17 | 06/21/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/17/2022 | 2012435 | $180.18 | $0.00 | $180.18 | 05/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/12/2022 | 2011386 | $180.17 | $0.00 | $180.17 | 04/19/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/16/2022 | 2010362 | $180.18 | $0.00 | $180.18 | 03/22/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/16/2022 | 2009397 | $180.17 | $0.00 | $180.17 | 02/23/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/19/2022 | 2008388 | $180.17 | $0.00 | $180.17 | 01/25/2022 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/15/2021 | 2007371 | $180.18 | $0.00 | $180.18 | 12/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 11/16/2021 | 2006343 | $180.17 | $0.00 | $180.17 | 11/23/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/14/2021 | 2005298 | $185.50 | $0.00 | $185.50 | 10/19/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/14/2021 | 2004303 | $185.51 | $0.00 | $185.51 | 09/21/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/18/2021 | 2003242 | $185.50 | $0.00 | $185.50 | 08/24/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/14/2021 | 2002217 | $185.50 | $0.00 | $185.50 | 07/20/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 06/16/2021 | 2001239 | $95.58 | $0.00 | $95.58 | 06/22/2021 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 12/10/2020 | 1224001 | $317.10 | $0.00 | $317.10 | 12/15/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 10/15/2020 | 1222263 | $156.81 | $0.00 | $156.81 | 10/21/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 09/17/2020 | 1221216 | $156.81 | $0.00 | $156.81 | 09/23/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 08/12/2020 | 1220176 | $156.81 | $0.00 | $156.81 | 08/18/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 07/07/2020 | 1219103 | $313.62 | $0.00 | $313.62 | 07/13/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 05/06/2020 | 1217166 | $156.81 | $0.00 | $156.81 | 05/12/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 04/14/2020 | 1215987 | $162.56 | $0.00 | $162.56 | 04/21/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 03/12/2020 | 1214677 | $162.56 | $0.00 | $162.56 | 03/18/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 02/13/2020 | 1213363 | $162.56 | $0.00 | $162.56 | 02/21/2020 |
| 520-0 | CARRINGTON MORTGAGE SERVICES | | 01/16/2020 | 1212004 | $76.98 | $0.00 | $76.98 | 01/23/2020 |
| | | | | **Sub-totals:** | **$7,635.64** | **$0.00** | **$7,635.64** | |
| | | | | **Grand Total:** | **$7,635.64** | **$0.00** | | |