Certificate Number: 17082-PAM-DE-038146314

Bankruptcy Case Number: 19-00153


17082-PAM-DE-038146314

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on January 31, 2024, at 12:45 o'clock PM MST, BRIAN K BARNHART completed a course on personal financial management given in person by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 31, 2024

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director