# Fill in this information to identify the case:

Debtor 1  Brian K. Barnhart

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  19-00153 HWV

## Form 4100R

# Response to Notice of Final Cure Payment                                                   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23

**Court claim no. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: 4700

**Property address:**
11667 Gehr Road
Waynesboro, PA 17268

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 02 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                         (a)    $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $ _____
c. **Total.** Add lines a and b.                                    (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Case 1:19-bk-00153-HWV    Doc 52    Filed 02/12/24    Entered 02/12/24 18:04:33    Desc
Document ID: ede53b5b893b699fedee2a3eed7ff6d878e6f96e7a749993f7c8b6ea90cea192
Main Document    Page 1 of 3

Debtor(s) **Brian K. Barnhart**
First Name   Middle Name   Last Name

Case Number (if known): 19-00153 HWV

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ 
Denise Carlon
09 Feb 2024, 16:06:52, EST

Date   02/09/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                     Response to Notice of Final Cure Payment                              page 2

Document ID: ede53b5b893b699fedee2a3eed7ff6d878e6f96e7a749993f7c8b6ea90cea192

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian K. Barnhart<br>Debtor(s)<br><br>THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23<br>Movant<br>vs.<br><br>Brian K. Barnhart<br>Debtor(s)<br><br>Jack N. Zaharopoulos,<br>Trustee | BK NO. 19-00153 HWV<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on February 12, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Brian K. Barnhart
11667 Gehr Road
Waynesboro, PA 17268

Attorney for Debtor(s) (via ECF)
Hannah Herman-Snyder, Esq.
Nicholas & Snyder
183 Lincoln Way East 17201
Chambersburg, PA 17043-3015

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: February 12, 2024

*/s/ Denise Carlon*
Denise Carlon, Esq.
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com